1

# UNITED STATES DISTRICT COURT

2

## DISTRICT OF NEVADA

3

4

5     DOUGLAS W. FLAUGHER,                     )
                                               )
6                        Plaintiff,            )
               vs.                             )     Case No.: 2:12-cv-01196-GMN-CWH
7                                              )
      JOEL D HASTINGS, MAYRA G. CARPENTER,     )              **ORDER**
8     K. WOODLANG, JOHN J. DELVILLAN, and      )
      BERNARD W. CURTIS,                       )
9                                              )
                         Defendants.           )
10                                             )
      _____ )

11

12            Pending before the Court are the Findings and Recommendation of United States

13    Magistrate Judge C.W. Hoffman, Jr. (ECF No. 5.)  Plaintiff, Douglas W. Flaugher, filed an

14    Objection (ECF No. 6), on November 2, 2013.  For the reasons discussed below, the Court will

15    accept in full Judge Hoffman's Findings and Recommendation to the extent that it is not

16    inconsistent with this Order.

17    **I.        BACKGROUND**

18            This action was referred to Judge Hoffman pursuant to 28 U.S.C. § 636(b)(1)(B) and

19    District of Nevada Local Rule IB 1-4.  Judge Hoffman recommended that this Court enter an

20    order denying Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 1), and that

21    Plaintiff should pay the filing fee of $350.00 within thirty (30) days from the date that an Order

22    denying Plaintiff's Application is entered, or the case would be dismissed.

23            Plaintiff filed his Objection to Magistrate Judge Hoffman's Findings and

24    Recommendation (ECF No. 6) on November 2, 2012, requesting additional time to pay the

25    filing fee of $350.00.

## II.     LEGAL STANDARD

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

## III.    DISCUSSION

In Plaintiff's Objection filed with this Court on November 2, 2012, Plaintiff requested more time to pay the $350.00 filing fee.  One year has now elapsed, and the filing fee has not been paid.

## IV.    CONCLUSION

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffman's Findings and Recommendation (ECF No. 5) are **ACCEPTED in full**, to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 13, 2013**, to pay the $350.00 filing fee.  Failure to comply will result in the dismissal of this action.

**DATED** this 8th day of November, 2013.

_____

Gloria M. Navarro
United States District Judge