# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS W FLAUGHER, | |
| Plaintiff, | Case No.: 2:12-cv-01196-GMN-CWH |
| vs. | **ORDER** |
| JOEL D HASTINGS, *et al.*, | |
| Defendants. | |

On November 8, 2013, the Court ACCEPTED in full Magistrate Judge Hoffman's Findings and Recommendations, denying Plaintiff's Application to Proceed *in Forma Pauperis*. (ECF No. 1.) The Court gave Plaintiff until December 13, 2013 to pay the $350.00 filing fee, warning that failure to comply would result in dismissal of the action. (Order, ECF No. 7.) That deadline has now elapsed, and Plaintiff has not paid the $350.00 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* is **DENIED**, and this case is hereby **DISMISSED**. (ECF No. 1.) The Clerk of Court shall close the case.

**DATED** this 16th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge